1  **GLENN KENNA, ESQ. (SBN 305092)**
2  **CLAYEO C. ARNOLD, PLC**
   865 Howe Avenue
3  Sacramento, CA 95825
   Telephone: (916) 777-7777
4  Facsimile: (916) 924-1829
   Email: glenn@justice4you.com
5
6  Attorneys for Plaintiff **REBECCA MADRID**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| REBECCA MADRID, | Case No.: 8-24-CV-02420 JWH (DFMx) |
| --- | --- |
| Plaintiff, | Hon. Magistrate Judge Autumn D. Spaeth |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| HOBBY LOBBY STORIES INC.; and DOES 1 TO 25, | |
| Defendant. | |

   The Parties by and through counsel hereby jointly give the Court notice that Plaintiff Rebecca Madrid and Defendant Hobby Lobby Stores, Inc. (collectively, "The Parties") have reached a settlement in this matter.

   The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that all terms of the settlement will be satisfied within forty-five (45) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: January 5, 2026

ARNOLD LAW FIRM

BY: *Glenn Kenna*
    GLENN M. KENNA
    Attorneys for Plaintiff,
    REBECCA MADRID

Dated: January 5, 2026

BEHAR | GIBBS | SAVAGE | PAULSON

BY: *Stacey Bradfield*
    STACY A. BRADFIELD
    JACK FISCHER
    Attorneys for Defendants,
    HOBBY LOBBY STORES, INC.

JOINT NOTICE OF SETTLEMENT