JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MADRID,<br><br>        Plaintiff,<br><br>    v.<br><br>HOBBY LOBBY STORIES INC.; and DOES 1 to 25,<br><br>        Defendants. | Case No. 8:24-cv-02420-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 41] entered on or about January 6, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 3, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE